■ In the Matter of FRANK L. MILLER, an Attorney.—Effective date of respondent's suspension from practice as an attorney and counselor at law in the State of New York extended to April 18, 1977, and during the intervening period respondent is directed not to accept any new business as

an attorney. In all other respects the motion is denied. Concur—Birns, J. P., Silverman, Capozzoli, Lane and Nunez, JJ.